**IT IS ORDERED as set forth below:**

**Date: February 14, 2019**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| RICHARD BLUES GIBBS, JR., | ) | CASE NO. 18-65980-SMS |
| | ) | |
| DEBTORS. | ) | |

**ORDER REINSTATING CASE AND RESCHEDULING CONFIRMATION**

On December 4, 2018, the Debtor, Richard Blues Gibbs, Jr., filed a Motion to Reconsider Order of Dismissal, Reinstate Case (the "Motion") (Doc. No. 21) and set the matter for a hearing on notice on January 8, 2019. At the hearing, no one appeared in opposition to the Motion, and the Chapter 13 Trustee did not voice any opposition to the Motion. Accordingly, as there is no opposition to the Motion by the Trustee, or by any other party in interest, it is hereby

**ORDERED** that the Motion is *granted*. The Order of Dismissal entered November 20, 2018, (Doc. No. 19), is vacated and the case is reinstated; it is further

**ORDERED** that the Automatic Stay is reimposed as to all creditors; it is further

**ORDERED** that the Confirmation Hearing in this case is being rescheduled and shall take place at the:

**United States Courthouse**
**Courtroom 1201**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

**On: March 12, 2019**
**At: 9:30 AM**

**[END OF DOCUMENT]**

Prepared and submitted by:
_____/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtors
2859 Paces Ferry Road SE Suite 1700
Atlanta, GA 30339
se@myatllaw.com
(404) 800-4001

No opposition by:
/s/_____
K. Edward Safir, Esq.
Staff Attorney for Mary Ida Townson,
  Standing Chapter 13 Trustee
GA Bar No. 622149
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303
EdS@atlch13tt.com
404-525-1110

Distribution List on  Next Page

**Richard Blues Gibbs, Jr.**
P.O. Box 16173
Atlanta, GA 30321

**Howard Slomka**
**Slipakoff and Slomka, P.C.**
Attorney for Debtors
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

*Trustee*
**Mary Ida Townson**
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

**(All Creditors on the attached Creditor Matrix)**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-65980-sms<br>Northern District of Georgia<br>Atlanta<br>Wed Feb 13 17:59:11 EST 2019 | Altisource<br>c/o Leasing Manager<br>1000 Abernathy Road, North Par<br>Bldg 400, ste 200<br>Atlanta, GA 30328-5614 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Comenitybank/wayfair<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Credit Union Loan Sour<br>1669 Phoenix Parkway<br>College Park, GA 30349-5464 | Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040-8218 |
| Emmett L. Goodman, Jr. LLC<br>544 Mulberry Street<br>Suite 800<br>Macon, GA 31201-2776 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Richard Blues Gibbs Jr.<br>P.O. Box 16173<br>Atlanta, GA 30321-0173 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | LVNV Funding LLC<br>Po Box 740281<br>Houston, TX 77274-0281 |
| National Credit System<br>3750 Naturally Fresh Blv<br>Atlanta, GA 30349-2964 | RealHome Services and Solution<br>1000 Abernathy Rd NE #200<br>Atlanta, GA 30328-5604 | Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 |
| Syncb Home<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/ashley Homestore<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Syncb/brandsmart<br>Po Box 965036<br>Orlando, FL 32896-5036 |
| Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, GA 30303-1770 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 |
| Wf/dillard<br>Po Box 14517<br>Des Moines, IA 50306-3517 | | |

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bk Of Amer                     Capital One                    Georgia Department of Revenue
Po Box 982238                  15000 Capital One Dr           1800 Century Blvd
El Paso, TX 79998              Richmond, VA 23238             Suite 17200
                                                              Atlanta, GA 30345


End of Label Matrix
Mailable recipients    24
Bypassed recipients     0
Total                  24
```

```
                            United States Bankruptcy Court
                            Northern District of Georgia
In re:                                                               Case No. 18-65980-sms
Richard Blues Gibbs, Jr.                                             Chapter 13
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 113E-9          User: kkprice                Page 1 of 2                  Date Rcvd: Feb 14, 2019
                              Form ID: pdf458              Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2019.
db             +Richard Blues Gibbs, Jr.,   P.O. Box 16173,   Atlanta, GA 30321-0173
21838499       +Altisource,   c/o Leasing Manager,    1000 Abernathy Road, North Par,    Bldg 400, ste 200,
                 Atlanta, GA 30328-5614
21838500      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:    Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
21958775        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
21838505       +Dsnb Macys,    Po Box 8218,   Mason, OH 45040-8218
21838506       +Emmett L. Goodman, Jr. LLC,    544 Mulberry Street,    Suite 800,    Macon, GA 31201-2776
21838511       +National Credit System,    3750 Naturally Fresh Blv,    Atlanta, GA 30349-2964
21838512       +RealHome Services and Solution,    1000 Abernathy Rd NE #200,    Atlanta, GA 30328-5604
21940690        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
21838516       +Wf/dillard,    Po Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Feb 14 2019 21:59:36
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
21838501        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2019 22:02:57      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
21838502       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 14 2019 21:59:29      Comenitybank/wayfair,
                 Po Box 182789,   Columbus, OH 43218-2789
21838503       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 14 2019 22:03:55      Credit One Bank Na,
                 Po Box 98875,   Las Vegas, NV 89193-8875
21838504       +E-mail/Text: bankruptcy@culsllc.com Feb 14 2019 22:00:14      Credit Union Loan Sour,
                 1669 Phoenix Parkway,    College Park, GA 30349-5464
21838507        E-mail/Text: brnotices@dor.ga.gov Feb 14 2019 21:59:10      Georgia Department of Revenue,
                 1800 Century Blvd,    Suite 17200,   Atlanta, GA 30345
21838508        E-mail/Text: cio.bncmail@irs.gov Feb 14 2019 21:58:39      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
21838509       +E-mail/Text: bncnotices@becket-lee.com Feb 14 2019 21:58:14      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21838510       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2019 22:04:01      LVNV Funding LLC,
                 Po Box 740281,   Houston, TX 77274-0281
21838513       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2019 22:04:22      Syncb Home,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
21838514       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2019 22:02:50      Syncb/ashley Homestore,
                 950 Forrer Blvd,   Kettering, OH 45420-1469
21838515       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2019 22:04:19      Syncb/brandsmart,    Po Box 965036,
                 Orlando, FL 32896-5036
21840046        E-mail/Text: usagan.bk@usdoj.gov Feb 14 2019 21:59:38      United States Attorney,
                 Northern District of Georgia,    75 Ted Turner Drive SW, Suite 600,    Atlanta GA 30303-3309
                                                                                               TOTAL: 13

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 113E-9              User: kkprice               Page 2 of 2                  Date Rcvd: Feb 14, 2019
                                  Form ID: pdf458             Total Noticed: 23


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
              Howard P. Slomka    on behalf of Debtor Richard Blues Gibbs, Jr. se@myatllaw.com,
               myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74
               878@notify.bestcase.com
              Mary Ida Townson    courtdailysummary@atlch13tt.com
                                                                                             TOTAL: 2
```